7jgmthhd (7/14)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:*  Richard Thomas Gregg
*Debtor*

*Bankruptcy Case No.*
13–60394–abf7

**Gregg–Wise Properties, L.L.C.**
**William Wise**
**Andrea Wise**
**Branson Professional Park, LLC**
   Plaintiff(s)

*Adversary Case No.*
14–06007–abf

v.

**Fred C. Moon**
**Richard Thomas Gregg**
**Jenny Gregg**
   Defendant(s)

## JUDGMENT

   This proceeding having come on for trial or hearing before the court, the Honorable Arthur B. Federman , United States Bankruptcy Judge, presiding, and the issues having been duly tried or heard and a decision having been rendered.

***IT IS ORDERED AND ADJUDGED***: That in accordance with the Court's order(Doc. No. 31), directing the Clerk to enter judgment, judgment is hereby entered in favor of Plaintiffs as to Gregg–Wise Properties LLC.. The Plaintiffs request for relief as to Branson Professional Park LLC is DENIED. The estates interest in Gregg–Wise Properties LLC, only, is ABANDONED. Each party to bear its own costs.



Ann Thompson
Court Executive

By: /s/ Sharon Greene
   Deputy Clerk

Date of issuance: 8/28/14

Court to serve